TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
HUNTER B. THOMSON
Assistant United States Attorney
Acting Chief, Civil Fraud Section
KAREN Y. PAIK, (CA Bar No. 288851)
Assistant United States Attorney
Room 7516, Federal Building
300 N. Los Angeles Street
Los Angeles, California 90012
T: 213.894.8561 | F: 213.894.7819
Email: Karen.Paik@usdoj.gov
BRETT A. SHUMATE
Assistant Attorney General
JAMIE ANN YAVELBERG
ALISON B. ROUSSEAU
JONATHAN K. HOERNER
Attorneys, Civil Division
United States Department of Justice
175 N Street, NE, Room 10-1332
Washington, DC 20002
T: 202-307-6946 F: 202-616-3085
Email: jonathan.k.hoerner@usdoj.gov

Attorneys for the United States of America

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO GOVERNMENT COUNSEL AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THISDATE.

DATED: August 20, 2026
Deputy Clerk: V.R. Vallery

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA *ex rel.* [**UNDER SEAL**],

Plaintiff[s],

v.

[**UNDER SEAL**],

Defendant[s].

No. CV 23-6856-CBM (ASx)

ORDER RE UNSEALING OF CASE

**[UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**

[FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION]

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
HUNTER B. THOMSON
Assistant United States Attorney
Acting Chief, Civil Fraud Section
KAREN Y. PAIK, (CA Bar No. 288851)
Assistant United States Attorney
Room 7516, Federal Building
300 N. Los Angeles Street
Los Angeles, California 90012
T: 213.894.8561 | F: 213.894.7819
Email: Karen.Paik@usdoj.gov
BRETT A. SHUMATE
Assistant Attorney General
JAMIE ANN YAVELBERG
ALISON B. ROUSSEAU
JONATHAN K. HOERNER
Attorneys, Civil Division
United States Department of Justice
175 N Street, NE, Room 10-1332
Washington, DC 20002
T: 202-307-6946 F: 202-616-3085
Email: jonathan.k.hoerner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ex rel. ARUNPAL SINGH SEHGAL, M.D., GURKIRPAL SINGH SEHGAL, M.D., AND PARAMJOT MANN, M.D.,

Plaintiffs,

v.

MANEESH ASHLEY BANSAL, M.D., ALL SEASONS HEALTHCARE, INC., HOSPICE OF ST. JOHNS, ONEHEALTH MANAGEMENT GROUP, LLC, ONEHEALTH MANAGEMENT, LLC, AND DOES 1-10, INCLUSIVE,

Defendants.

No. CV 23-6856-CBM (ASx)

ORDER RE UNSEALING OF CASE

**UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**

[FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION]

The United States of America ("United States"), having declined to intervene in the above-captioned action ("this action") pursuant to 31 U.S.C. § 3730(b)(4)(B), the Court now orders as follows:

IT IS ORDERED that:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. The Complaint is unsealed and the Relators shall serve it upon the defendants;

2. This Order and the Notice of Election by the United States to Decline Intervention are both unsealed, and the Relator shall serve both upon the defendants with the Complaint;

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3); and

6. Should the Relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States with notice of the same, and the Court will provide the United States with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: August 20, 2026

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE