JS-6

TODD BLANCHE
Attorney General
BRETT A. SHUMATE
Assistant Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
HUNTER B. THOMSON
Assistant United States Attorney
Acting Chief, Civil Fraud Section
KAREN PAIK
Assistant United States Attorney
California State Bar No. 288851
Room 7516, Federal Building
300 N. Los Angeles Street
Los Angeles, California 90012
Tel: (213) 894-8561 Fax: (213) 894-7819
Email: karen.paik@usdoj.gov
JAMIE ANN YAVELBERG
ALISON B. ROUSSEAU
JONATHAN K. HOERNER
Attorneys, Civil Division
United States Department of Justice
175 N Street, NE, Room 10-1332
Washington, DC 20002
T: 202-307-6946 F: 202-616-3085
Email: jonathan.k.hoerner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ex rel. ARUNPAL SINGH SEHGAL, M.D., GURKIRPAL SINGH SEHGAL, M.D., AND PARAMJOT MANN, M.D.,

Plaintiffs,

v.

MANEESH ASHLEY BANSAL, M.D., ALL SEASONS HEALTHCARE, INC., HOSPICE OF ST. JOHNS, ONEHEALTH MANAGEMENT GROUP, LLC, ONEHEALTH MANAGEMENT, LLC, AND DOES 1-10, INCLUSIVE,

Defendants.

No. CV 23-6856-CBM (ASx)

**ORDER DISMISSING THE CASE WITHOUT PREJUDICE**

The *qui tam* plaintiffs Arunpal Singh Sehgal, M.D., Gurkirpal Singh Sehgal, M.D., and Paramjot Mann, M.D. (the "Relators"), having filed a Notice of Voluntary Dismissal of this action, and the United States of America having filed its Notice of Consent to Dismissal Without Prejudice pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS HEREBY ORDERED THAT this action is dismissed without prejudice, in its entirety and as to all the defendants.

IT IS SO ORDERED.

Dated: September 8, 2026

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE